**Order entered August 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01415-CR

### TAMARA LAVON CHRISTIAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-80320-2013**

## ORDER

The Court **REINSTATES** the appeal.

On July 25, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. The Court now has before it appellant's motion to dismiss the appeal. Accordingly, we **VACATE** the July 25, 2014 order requiring findings. We will dispose of the motion to dismiss the appeal in due course.


/s/     DAVID EVANS
         JUSTICE